No. 379. COLORADO INTERSTATE GAS CO. *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 380. CANADIAN RIVER GAS CO. *v.* FEDERAL POWER COMMISSION ET AL. November 13, 1944. In No. 379 the petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit is granted limited to the fifth and sixth questions presented by the petition for the writ. In No. 380 the petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit is granted limited to the eighth question presented by the petition for the writ. *Messrs. Wm. A. Dougherty, Elmer L. Brock,* and *E. R. Campbell* for petitioner in No. 379, and *Messrs. Charles H. Keffer* and *John P. Akolt* for petitioner in No. 380. *Solicitor General Fahy, Assistant Attorney General*

*Shea,* and *Messrs. Paul A. Sweeney, Charles V. Shannon, Malcolm Lindsey, Thomas H. Gibson,* and *Louis J. O'Marr,* Attorney General of Wyoming, for the Federal Power Commission et al., respondents.